No. 636.   McCrea, Executrix, et al. *v.* Harris County Houston Ship Channel Navigation District et al.   C. A. 5th Cir.   Certiorari denied.

No. 638.   Moosman, Administratrix *v.* Ute Indian Tribe of the Uintah and Ouray Reservation et al. C. A. 10th Cir.   Certiorari denied.

No. 5205.   Carpenter *v.* Missouri.   Sup. Ct. Mo. Certiorari denied.

No. 5207.   Bauer *v.* California.   Sup. Ct. Cal.   Certiorari denied.

No. 5312.   Rhodes *v.* Texas.   Ct. Crim. App. Tex. Certiorari denied.

No. 5334.   Carter *v.* Alabama.   Ct. App. Ala.   Certiorari denied.

No. 5360.   Walker *v.* Laxalt, Governor of Nevada. C. A. 9th Cir.   Certiorari denied.

No. 5397.   Shelhart *v.* Young, U. S. District Judge.   C. A. 6th Cir.   Certiorari denied.

No. 5429.   Curtin *v.* Illinois.   Sup. Ct. Ill.   Certiorari denied.

No. 5696.   Evans *v.* Craven, Warden.   C. A. 9th Cir. Certiorari denied.

No. 5698.   Turner *v.* United States.   C. A. D. C. Cir.   Certiorari denied.

No. 5699.   Phillips *v.* Maryland.   Ct. Sp. App. Md. Certiorari denied.